# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DAISY, INC., a Florida corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 2:16 –cv-00689 ) |
| v. | ) **CLASS ACTION** ) |
| INTERNET TECHNOLOGY ARCHITECTURE AND DEVELOPMENT LLC and JOHN DOES 1-5, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, DAISY, INC., hereby gives written notice pursuant to Local Rule 3.08 to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action. The parties are in the process of finalizing the settlement agreement and other documentation required to effectuate the settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next thirty days.

Respectfully submitted,

DAISY, INC., individually and as the representative of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly – FL Bar No.: 90110
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
Fax: 847-368-1501
Email: rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                /s/  Ryan M. Kelly